UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES | CRIMINAL ACTION |
| VERSUS | NO. 13-201 |
| JOHNNY SMITH | SECTION "R" |

### ORDER AND REASONS

Before the Court is Johnny Smith's opposed[1] motion to compel judgment.[2] Smith's motion to compel relates to his motion for documents,[3] which this Court has since dismissed for lack of jurisdiction.[4] The motion to compel is thus moot. The Court DENIES Smith's motion to compel.

New Orleans, Louisiana, this __2nd__ day of September, 2025.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]   R. Doc. 173.
[2]   R. Doc. 171.
[3]   R. Doc. 168.
[4]   R. Doc. 174.